Linda LAWRENCE, wife of Clement F. Perschall Jr.; Clement F. Perschall Jr., Plaintiffs–Appellants

v.

FIDELITY NATIONAL INSURANCE COMPANY; Eagan Insurance Agency Inc., Defendants–Appellees.

No. 07–30632.

United States Court of Appeals, Fifth Circuit.

May 28, 2008.

Clement F. Perschall, Jr., for Plaintiffs–Appellants.

Gerald Joseph Nielsen, Nielsen Law Firm, Metairie, LA, Max Jeffrey Cohen, Lowe, Stein, Hoffman, Allweiss & Hauver, New Orleans, LA, for Defendants–Appellees.

Before REAVLEY, JOLLY, and GARZA, Circuit Judges.

PER CURIAM: *

We find that the district court committed no reversible error and affirm on the basis of the district court opinion. *See* 5th Cir. R. 47.6.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.